## A. H. Willard v. W. H. Miner.

This case is controlled by the decision in the case of Willard v. Zehr, *ante*, p. 496.

Action of assumpsit. Appeal from the Circuit Court of Tazewell County; the Hon. THEODORE N. GREEN, Judge, presiding. Heard in this court at the May term, 1904. Affirmed. Opinion filed October 14, 1904. Rehearing denied November 22, 1904.

F. J. QUINN, W. W. CARLOCK and WILLIAM A. POTTS, for appellant.

W. R. CURRAN, for appellee.

MR. JUSTICE GEST delivered the opinion of the court.

The question in this case is precisely the same and arises out of the same state of facts, as in Willard v. Zehr, *ante*, p. 496, and the same judgment will be entered.

*Affirmed.*